## 41553. SPRAGUE v. SPRAGUE.
(321 SE2d 742)

PER CURIAM.

This is a direct appeal enumerating error on several grounds on the issue of an award of attorney fees in the Spragues' divorce action.

Attorney fees are awarded in divorce proceedings to enable a spouse to contest the pending issues; awards for attorney fees and expenses of litigation are an intrinsic part of temporary alimony. *Scott v. Scott,* 251 Ga. 619 (308 SE2d 177) (1983).

We hold that an appeal from an award of attorney fees in a domestic relations case is subject to the appeals procedures of OCGA § 5-6-35 (a) (2). This direct appeal is therefore dismissed for failure to comply with the statute.

*Appeal dismissed. All the Justices concur.*

DECIDED OCTOBER 31, 1984.

*Joseph E. Wilkerson,* for appellant.
*James W. Friedewald, Meg L. Tysinger,* for appellee.